(84 South. 925)

**BUTLER v. STATE.** (6 Div. 587.) (Court of Appeals of Alabama. Dec. 16, 1919.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. M. B. Grace, of Birming-

ham, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed on motion of Attorney General.